State, Respondent, v. Brooks, Petitioner, No. 92829-1. Petition for review of a decision of the Court of Appeals, No. 46899-9-II, January 20, 2016. *Denied* June 29, 2016.

Williams, Petitioner, v. Balducci et al., Respondents, No. 92885-1. Petition for review of a decision of the Court of Appeals, No. 73210-2-I, February 1, 2016. *Denied* June 29, 2016.

*State, Respondent, v. Furr, Petitioner*, No. 92819-3. Petition for review of a decision of the Court of Appeals, No. 32543-1-III, January 21, 2016, 192 Wn. App. 1023. *Granted on a specific issue* August 3, 2016.

*Estate of Becker, Petitioner, v. Avco Corp. et al., Defendants, Forward Tech. Indus., Inc., Respondent*, No. 92972-6. Petition for review of a decision of the Court of Appeals, No. 72416-9-I, December 28, 2015, 192 Wn. App. 65. *Granted* August 3, 2016.

*Faciszewski et al., Respondents, v. Brown et al., Petitioners*, No. 92978-5. Petition for review of a decision of the Court of Appeals, No. 72611-1-I, February 1, 2016, 192 Wn. App. 441. *Granted on a specific issue* August 3, 2016.

*State, Respondent, v. Wells, Petitioner*, No. 92841-0. Petition for review of a decision of the Court of Appeals, No. 46818-2-II, January 26, 2016, 192 Wn. App. 1028. *Denied* August 3, 2016.

*Lake, Petitioner, v. Premier Fin. Servs., Inc., Respondent*, No. 92848-7. Petition for review of a decision of the Court of Appeals, No. 73023-1-I, November 9, 2015, 191 Wn. App. 1009. *Denied* August 3, 2016.

*Tapken, Respondent, v. Spokane County et al., Petitioners*, No. 92908-4. Petition for review of a decision of the Court of Appeals, No. 32909-7-III, January 12, 2016, 192 Wn. App. 1012. *Denied* August 3, 2016.